# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00502-CV

**Logan Adrian Howell, Appellant**

**v.**

**Kaitlin Waltrip-Howell, Appellee**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-003559, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Logan Adrian Howell filed a notice of appeal challenging the trial court's August 2, 2023 "Order of Enforcement by Contempt and Suspension of Commitment," which granted appellee Kaitlin Waltrip-Howell's "First Amended Petition for Contempt and Enforcement." Upon initial review, the Clerk of this Court sent Howell a letter informing him that this Court appears to lack jurisdiction over this appeal because we lack jurisdiction over appeals from contempt judgments. *See Cadle Co. v. Lobingier*, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pet. denied) ("A contempt judgment is reviewable only via a petition for writ of habeas corpus (if the contemnor is confined) or a petition for writ of mandamus (if no confinement is involved)."). Decisions in contempt proceedings cannot be reviewed on appeal because contempt orders are not appealable, even when appealed along with a judgment that is appealable. *Id.*

The Clerk requested a response on or before January 18, 2024, informing this Court of any basis that exists for jurisdiction. To date, no response has been filed.

Accordingly, for the reasons explained above, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed:   January 26, 2024